## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF FLORIDA

In re:  Ricardo G. Hernandez                                    Case No.  13-16241-AJC
       Teresa Coello                                           CHAPTER 13
               Debtor            /

### MOTION TO APPROVE EARLY PAYOFF OF THE CONFIRMED PLAN

COMES NOW, the Debtors, Ricardo G. Hernandez and Teresa Coello, by and through their undersigned counsel files this Motion to approve early payoff of the confirmed plan and as grounds states:

1. THIS IS A PUT SOMETHING BACK PRO BONO CASE.
2. Undersigned counsel has not charged the Debtor any funds for the filing of this Motion.
3. The Debtors are in a confirmed 36 month Chapter 13 plan.
4. The Debtors have a remaining 5 payments left to complete their Chapter 13 Plan.
5. Since the filing of the Bankruptcy, the Debtor(s) have divorced on or about August 5th, 2013.
6. The Debtors had agreed as part of their dissolution of marriage to equally divide the monthly payment.
7. The Debtor(s) have been having issues regarding each paying their respective portion of the monthly plan payment.
8. The Co-Debtor has been making the monthly payment to the plan singularly.
9. The Co-debtor does not have the funds to continue to monthly payments without hardship.
10. The Debtor(s) child is willing to pay the final payment of plan payments which is in the current amount of $380.00.
11. The Debtor continues to receive social security and the Co-Debtor's income has remained approximately the same since the filing of this case.
12. The Debtor(s) desire for this Honorable Court to allow them to early payoff the Chapter 13 Bankruptcy in lieu of a request for Hardship discharge.

Wherefore, the Debtor respectfully requests that this Honorable Court enter and order authorizing early payoff of the plan.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent, to Nancy Neidich, Trustee via ECF, Office of the United States Trustee via ECF, all parties of record listed registered via NEF in the above referenced case and all other parties listed in the matrix that have not registered in the NEF via U.S. Mail on this 2nd day of December, 2015.

## CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

/s/ Teresa M. Alvarez, Esq.
TERESA M. ALVAREZ P.A.
6780 Coral Way
Miami, Florida 33155
FBN 976377
(305) 667-3040
E-mail: ecf@teresaalvarezpa.com